**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF ARKANSAS**
**WESTERN DIVISION**

ROBERT PEARSON                                                      PLAINTIFF

v.                                         No. 4:07CV00871 JLH

GROUP LONG TERM DISABILITY
PLAN FOR EMPLOYEES OF
TYCO INTERNATIONAL (US), INC.                                      DEFENDANT

**ORDER OF DISMISSAL**

Pursuant to plaintiff's motion for dismissal, this case is hereby dismissed with prejudice.

Document #27.

IT IS SO ORDERED this 28th day of July, 2008.


J. LEON HOLMES
UNITED STATES DISTRICT JUDGE